# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE 38 |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:97-cr-220(S2)-J-20MCR |
| | USM NUMBER: 21358-018 |
| FRED LAVERNE WILSON | |
| | Defendant's Attorney: Maurice Grant (AFPD) |

**THE DEFENDANT:**

\_\_\_\_\_ admitted guilt to violation of charge number(s)\_\_\_\_\_ of the term of supervision.

\_\_\_\_\_ was found in violation of charge number(s)\_\_\_\_\_ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Association with Persons Engaged in Criminal Activity | July 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

\_\_X\_\_ The Government has withdrawn charge number(s) **1, 3, 4, and 5** and the defendant is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 10, 2010

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: February 10, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **seven (7) months**. The term of imprisonment shall run consecutively with the defendant's term(s) of imprisonment as yet to be imposed in any future sentence in Duval County Circuit Court Docket Number 2009-CF-016543, .

☐ The Court makes the following recommendations to the Bureau of Prisons:

**X** The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m. p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL